STATE OF NEW JERSEY v. ROBERT S. JACKSON.

January 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN MARINI.

January 29, 1985.

Petition for certification denied.

MONMOUTH REAL ESTATE INVESTMENT TRUST, D & E REALTY COMPANY, AND EDWARD M. NELSON, JR. v. MANVILLE FOODLAND, INC.

January 29, 1985.

Petition for certification denied. (See 196 *N.J.Super.* 262)

BARRIE B. ELLISON v. JENNIFER M. ELLISON.

January 29, 1985.

Petition for certification denied.